Certificate Number: 05781-OHS-DE-041323424

Bankruptcy Case Number: 26-11310

05781-OHS-DE-041323424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2026, at 3:40 o'clock PM PDT, Tia Ferguson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: August 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President